IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SAVAGE               :        CIVIL ACTION
                             :
        v.                   :
                             :
JOHN KERESTES, ET AL.        :        NO. 09-1581

O R D E R

AND NOW, this 21st day of April, 2009, pursuant to the accompanying memorandum, it is hereby ORDERED that:

1.   Leave to proceed in forma pauperis is GRANTED;

2.   The Clerk of Court shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

3.   The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.